**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
July 20, 2009

Charles R. Fulbruge III
Clerk

————————————

No. 08-31031
Summary Calendar

————————————

HEATHER WEATHERS

Plaintiff-Appellee

v.

SCHOOL BOARD OF LAFAYETTE PARISH

Defendant-Appellant

————————————

Appeal from the United States District Court
for the Western District of Louisiana
(6:06-CV-1042)

————————————

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Defendants-Appellants Lafayette Parish School Board, James H. Easton, and Joseph Craig obtained a summary judgment of dismissal of the employment discrimination action filed against them by Plaintiff-Appellee Heather Weathers, which dismissal was affirmed on appeal. Appellants returned to district court seeking attorneys' fees as prevailing parties under 32 U.S.C. § 1988 and 28 U.S.C. § 1927. In a Memorandum and Order filed

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

October 8, 2008, the district court rejected the Appellants' motion for attorneys' fees but granted their request for costs. For essentially the same reasons set forth by the district court, the judgment appealed from is, in all respects,

AFFIRMED.